Order entered October 14, 2013



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01708-CV

**HAL RACHAL, JR., INDIVIDUALLY, AS FORMER TRUSTEE OF THE MARY LOUISE CORNELL TRUST, ANS AS FORMER DEPENDENT EXECUTOR OF THE ESTATE OF MARY LOUISE CORNELL, DECEASED, Appellant**

**V.**

**LYNDA L. LETKIEWICZ, INDIVIDUALLY, AS SUCCESSOR TRUSTEE OF THE MARY LOUISE CORNELL TRUST, AND AS INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MARY LOUISE CORNELL, AND RHONDA GAYLE FOSTER, Appellees**

**On Appeal from the Probate Court No. 2
Dallas County, Texas
Trial Court Cause No. PR-09-2413-2**

## ORDER

We **GRANT** appellant's October 9, 2013 motion for an extension of time to file a reply brief. Appellant shall file his reply brief on or before November 7, 2013.

/s/     DAVID LEWIS
        JUSTICE